ALONZO BRADNER, APPELLANT, *v.* DANIEL H. FITZHUGH AND WALTER AYRAULT, SURVIVING EXECUTORS OF ALLEN AYRAULT, DECEASED, RESPONDENTS.

Judgment reversed and new trial ordered before another referee, costs to abide the event. Reversed on a question of fact.

Opinion by HARDIN, J.

---

TIMOTHY PAGE AND LYDIA PAGE, RESPONDENTS, *v.* JAMES G. CAMERON AND ESTELLA M. CAMERON, APPELLANTS, IMPLEADED, ETC.

Judgment reversed in part, and a new trial ordered as to James G. Cameron and Estella M. Cameron, without costs of this appeal to either party; and judgment affirmed as to that part which requires Walker, the executor, to pay over the dividends on the notes as stated in the judgment.

Opinion by HARDIN, J.

---

SAMUEL B. RAYMOND, AS ASSIGNEE, ETC., RESPONDENT, *v.* HENRY E. RICHMOND, SHERIFF, ETC., AND OTHER, APPELLANTS.

Judgment and order affirmed.

Opinion by HARDIN, J.

---

JACOB S. IRWIN, APPELLANT, *v.* ISAIAH FORCE AND OTHERS, RESPONDENTS, IMPLEADED WITH J. D. NORTHUP

Judgment affirmed.

SMITH, J., taking no part.